# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

**No. 17-6794**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

WEBSTER DOUGLAS WILLIAMS, III,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence.  R. Bryan Harwell, District Judge.  (4:12-cr-00969-RBH-1; 4:17-cv-00350-RBH)

_____

Submitted:  August 17, 2017           Decided:  August 22, 2017

_____

Before KEENAN, THACKER, and HARRIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Webster Douglas Williams, III, Appellant Pro Se.  William E. Day, II, Assistant United States Attorney, Florence, South Carolina; Stanley D. Ragsdale, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Webster Douglas Williams, III, seeks to appeal the district court's orders denying his motions for default judgment and to strike the Government's response to Williams' 28 U.S.C. § 2255 (2012) motion.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The orders Williams seeks to appeal are neither final orders nor appealable interlocutory or collateral orders.  Accordingly, we deny Williams' motions to strike the Government's response and to correct error and we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*